# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-cv-05502-TJH (JPRx)<br><br>**ORDER OF DISMISSAL WITH PREFACE [16]   [JS-6]** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

December 20, 2023

                                            _____
                                            Hon. Terry J. Hatter, Jr.
                                            United States District Judge